May 22, 2018



# JUDGMENT

# The Fourteenth Court of Appeals

JESUS AVALOS AND MARIA AVALOS, Appellants

NO. 14-18-00047-CV                    V.

SEAWAY CRUDE PIPELINE COMPANY LLC, Appellee

_____

 Today the Court heard appellants' motion to dismiss the appeal from the judgment signed by the court below on October 24, 2017. Having considered the motion and found it meritorious, we order the appeal **DISMISSED**.

 We further order that appellants shall pay the costs appellants incurred and appellee shall pay the costs it incurred by reason of this appeal.

 We further order that mandate be issued immediately.

 We further order this decision certified below for observance.